Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>   v.<br><br>PIVOT INTERIORS, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>                Defendants. | CASE NO.: 2:21-cv-07697-DMG-AGR<br><br>Honorable Judge Dolly M. Gee<br><br><br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 27, 2021<br>Trial Date: None |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1   Plaintiff, Crystal Redick ("Plaintiff") hereby notifies the Court that the claims

2   of Plaintiff have settled on an individual basis.  A notice of dismissal with prejudice

3   of Plaintiff's individual claims and without prejudice of the claims of the purported

4   class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed

5   upon execution of a formal settlement agreement.  Plaintiff reserves the right to

6   reopen within forty-five (45) days if a settlement is not finalized.

7

8   Dated: February 16, 2022                    Respectfully Submitted,

9

10                                                       */s/ Thiago M. Coelho*
                                                         Thiago M. Coelho
11                                                       **WILSHIRE LAW FIRM**
                                                         *Attorneys for Plaintiff and*
12                                                       *Proposed Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 16, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: February 16, 2022                    /s/ *Thiago M. Coelho*
                                            Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2
NOTICE OF SETTLEMENT