# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL REDICK, individually and on behalf of all others similarly situated

                          Plaintiff,

    v.

PIVOT INTERIORS, INC., a California corporation; and DOES 1 to 10, inclusive,

                  Defendants.

Case No.: CV 21-7697-DMG (AGRx)

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A) [21]**

IT IS HEREBY ORDERED THAT, good cause appearing, Plaintiff Crystal Redick and Defendant Pivot Interiors' joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full.  Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

DATED:  June 2, 2022

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE